THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAYSHAWN CROOKS, Appellant.

Submitted February 1, 2016; decided February 11, 2016

Motion for assignment of counsel granted and Matthew C. Hug, Esq., Rensselaer Technology Park, 105 Jordan Road, Troy, New York 12180 assigned as counsel to the appellant on the appeal herein.

Judge GARCIA taking no part.